**AIR SEA CONTAINERS, INC., Petitioner,**

v.

**U.S. DEPARTMENT OF TRANSPORTATION, Pipeline Safety and Hazardous Materials Safety Administration, Respondent.**

No. 11–10142.

United States Court of Appeals, Eleventh Circuit.

April 23, 2012.

George J. Lott, Lott & Levine, Miami, FL, for Petitioner.

Sydney Foster, Michael Jay Singer, United States Department of Justice, Roy Lahood, Joy K. Park, Peter J. Plocki, U.S. Department of Transportation, Vincent Lopez, Pipeline and Hazardous Material Safety Administration, Office of Chief Counsel, Washington, DC, John Heneghan, Hazardous Materials Enforcement Office, Atlanta, GA, for Respondent.

Before HULL and FAY, Circuit Judges,

---

**936**

and WALTER,* District Judge.

PER CURIAM:

Air Sea Containers, Inc. ("Air Sea") petitions for review of the Pipeline and Hazardous Materials Safety Administration's final determination imposing fines totaling $33,170.00 for four violations of the federal Hazardous Materials Regulations issued by the Secretary of the U.S. Department of Transportation. *See* 49 C.F.R. Parts 171 to 180. After review of the record and with the benefit of oral argument, we conclude that substantial evidence supports each of the four violations for which Air Sea was fined. We further conclude that the administrative law judge ("ALJ") did not abuse his discretion by denying Air Sea's motion to extend the time to file a post-hearing brief after the pertinent deadline imposed by the ALJ. Accordingly, we deny the petition for review.

**PETITION DENIED.**